UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE QUEZADA,

                              Plaintiff,

          -against-

WATERMAN VENTURES, INC.,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2021

1:21-cv-02565-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

        The Court is in receipt of a letter filed by Plaintiff informing the Court that the parties

have reached a settlement in principle [ECF No. 8].   Accordingly, IT IS HEREBY

ORDERED that the above-captioned action is discontinued without costs to any party and

without prejudice to restoring the action to this Court's calendar if the parties are unable to

memorialize their settlement in writing and as long as the application to restore the action is

made by September 16, 2021.  If no such application is made by that date, today's dismissal of the

action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d

Cir. 2004).

**SO ORDERED.**

**Date:  August 18, 2021**
       **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**